UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILTON JAMES,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>CERTIFIED LUMBER LLC AND CERTIFIED LUMBER CORPORATION,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 1:23-cv-01463-PK<br><br>**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Wilton James and Defendants Certified Lumber LLC and Certified Lumber Corporation ("Defendants"), by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

　　　　　　　　　　　　　　　　　Respectfully submitted,

LAW OFFICES OF RUSSELL E. ADLER PLLC
450 Lexington Avenue, 4th Floor
New York, New York 10017
(646) 504-3299

By: _____
　　Russell E. Adler

Dated: 8/15/23 , 2023

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4021

By: _____
　　Jason A. Zoldessy
　　Sydney A. Mendelsohn

Dated: August 17 , 2023

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

*Peggy Kuo*
_____
Hon. Peggy Kuo, U.S.M.J.

Dated: __August 30__, 2023
      Brooklyn, New York